AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 8:18-00557 | Date and time warrant executed: 10/23/2018 7:03 am | Copy of warrant and inventory left with: left in office, 5241 Lincoln Ave. Unit 316 Cypress CA 90630 |

Inventory made in the presence of: Special Agent Cheryl Zuniga

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

BG secured at 3:48 pm.

Description of property attached totaling 5 (five) pages

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11/5/2018

Cheryl Zuniga
Executing officer's signature

Cheryl Zuniga
Printed name and title

**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

# INVENTORY OF ITEMS SEIZED

**CASE NUMBER:** 17 - LAC - 715 - 0257
**DATE OF SEARCH:** 10/31/2018  **START TIME:** 0703  **END TIME:** 1230
**SITE ADDRESS:** 5241 LINCOLN AVE., UNIT B6, CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | (1) ACER LAPTOP NXMG7AA00644100B417200 |

**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**CASE NUMBER:** 17 - LAC - 715 - 0257
**DATE OF SEARCH:** 10/31/2018   **START TIME:** 0703   **END TIME:** 1230
**SITE ADDRESS:** 5241 LINCOLN AVE., UNIT B6, CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | PERFUMERS APPRENTICE RECEIPT |
| 2 | 1 | PRODUCT CATALOG, QUOTES, PACKING SLIPS, BROCHURE |
| 3 | 1 | INVOICES, INVENTORY |
| 4 | 1 | BUSINESS TAX CERTIFICATE |
| 5 | 1 | INVOICES, REVIEW OF PRODUCTS, BANK RECEIPTS, NOTES |
| 6 | 1 | (1) PACKING SLIP FROM INDUSTRIAL CONTAINER & SUPPLY TO HASIM DISTRIBUTION "THOMAS SALAZAR"; (1) INDUSTRIAL CONTAINER & SUPPLY LABEL; (1) UPS LABEL TO THOMAS SALAZAR WITH EMPTY BOTTLES |

OCI Form 4200

![FDA badge]

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

| CASE NUMBER: | 17 - LAC - 715 - 0257 | | |
|---|---|---|---|
| DATE OF SEARCH: | 10/31/2018 | START TIME: 0703 | END TIME: 1230 |
| SITE ADDRESS: | 5241 LINCOLN AVE., UNIT B6, CYPRESS, CA 90630 | | |

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | (2) INDIVIDUALLY PACKAGED ITEMS LABELED (1) "NATTOKINASE" AND (1) "LIPOPO" |
| 2 | 1 | (5) FIVE BOTTLES, TESTED BY CBP CHEMIST TESTING POSITIVE FOR SILDENAFIL ANALOG |
| 3 | 1 | (1) BOTTLE TESTED BY CBP CHEMIST KEN HUH TESTED POSITIVE FOR SILDENAFIL ANALOG |

OCI Form 4200

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**CASE NUMBER:** 17 - LAC - 715 - 0257
**DATE OF SEARCH:** 10/31/2018   **START TIME:** 0703   **END TIME:** 1230
**SITE ADDRESS:** 5241 LINCOLN AVE., UNIT B6, CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | (1) PILL PRESS COMPONENT, BEIGE |
| 2 | 1 | (2) BENCHMARK HOT PLATE STIRRERS 113760-HS (1) STAINLESS STEEL CYLINDER |
| 3 | 1 | "COOL STIR" "LARGE VOLUME MAGNETIC STIRRER" |
| 4 | 1 | (1) KITCHEN AID ARTISAN MIXER IN GREY |

OCI Form 4200

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**CASE NUMBER:** 17 - LAC - 715 - 0257
**DATE OF SEARCH:** 10/31/2018　　**START TIME:** 0703　　**END TIME:** 1230
**SITE ADDRESS:** 5241 LINCOLN AVE., UNIT B6, CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | PACKAGING MATERIAL |
| 2 | 1 | 1 RHINO ZEN HARD PILL, 2 GINSENG PILL, 1 RHINO ZEN 69 & PACKAGING, 1 BOTTLE MIRA PHARM 22 |
| 3 | 1 | ENHANCED MALE SEXUAL PERFORMANCE BLUE CAPSULES |
| 4 | 1 | ENHANCED MALE SEXUAL PERFORMANCE BLUE CAPSULES |
| 5 | 1 | CONTRALL |
| 6 | 1 | TABS OF RED/DARK BLUE MULTI-COLORED CAPSULES |
| 7 | 1 | TABS AND BAGS OF VARIOUS CAPSULE COLORS |
| 8 | 1 | JAGUAR, STAG |
| 9 | 1 | RHINO, BLACK STALLION, STAG, JAGUAR |
| 10 | 1 | BOX LABELED RHINO 69 CONTAINING FINISHED INDIVIDUALLY PACKAGED CAPSULES |
| 11 | 1 | SAMPLE OF PACKAGING MATERIALS |

OCI Form 4200