NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JAKE D. NARE (Cal. Bar No. 272716)
Assistant United States Attorney
Santa Ana Branch Office
     United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3549
     Facsimile: (714) 338-3561
     E-mail:    jake.nare@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br>5241 LINCOLN AVENUE, #B6,<br>CYPRESS, CALIFORNIA 90630 | No. 8:18-MJ-00557<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR SECOND EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE; DECLARATION OF JAKE D. NARE |
|---|---|

The United States of America, by and through its counsel of record, Assistant United States Attorney Jake D. Nare, hereby applies for an order extending by 120 days the time within which the government may retain and search digital devices seized pursuant to a federal search warrant.

//

//

//

//

This application is based on the attached declaration of Jake D. Nare and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: June 26, 2019          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

           /s/
JAKE D. NARE
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF JAKE D. NARE**

I, Jake D. Nare, hereby declare and state:

1.  I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2.  This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the following digital device seized pursuant to the warrant described below (the "SUBJECT DIGITAL DEVICE"): ACER Laptop Computer with serial number NXMG7AA00644100B417200.

3.  On October 29, 2018, SA David Aspling of the Food and Drug Administration, Office of Criminal Investigations ("FDA OIC") obtained a federal search warrant issued by the Honorable Douglas F. McCormick, United States Magistrate Judge, authorizing the search of 5241 Lincoln Avenue, #B6, Cypress, California 90630 (the "SUBJECT PREMISES").  The warrant, which is incorporated herein by reference, authorized the seizure of digital devices from the SUBJECT PREMISES for a period of 120 days from the date of the execution of the warrant, to allow the government to search such devices for evidence of violations of 21 U.S.C. § 331(a) (Introduction or Delivery for Introduction of a Misbranded Drug into Interstate Commerce); 21 U.S.C. § 331(d) (Introduction or Delivery for Introduction of an Unapproved New Drug into Interstate Commerce); 18 U.S.C. § 542 (Entry of Goods By False Statements); 18 U.S.C. § 545 (Smuggling Goods into the United States); 18 U.S.C. § 1001 (False Statements); and 18 U.S.C. § 371 (Conspiracy).

4. On October 31, 2018, federal agents executed the warrant and seized the SUBJECT DIGITAL DEVICE.

5. This is the second request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICE is June 28, 2019.

6. Based on information provided to me by agents assigned to this matter, I understand that the SUBJECT DEVICE has been imaged and turned over to an FDA OCI digital forensic examiner for examination and is currently in the process of being examined.

7. For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL DEVICE:

    a. The forensic review of digital devices is time consuming. Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer. Specialized computer software is therefore needed to ensure that evidence remains in a pristine and usable condition, and is not affected by the review process. The review also must be conducted by agents who have received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion. This process takes substantial time.

    b. The SUBJECT DIGITAL DEVICE contains approximately 500 gigabytes of information. Based on my training and experience, I know that one gigabyte could hold the contents of about ten yards of books on a shelf. One hundred gigabytes could hold an entire library floor of academic journals.

2

c.   FDA OCI has a limited number of digital forensic examiners, including only one digital forensic examiner assigned to the Los Angeles Field Office.  This has created a backlog of other devices to review.  During the previous 120 day period of review, the forensic examiner was assigned several other search warrants that were urgent and inhibited her ability to work on this investigation.  In order to address the substantial amount of digital devices seized in this investigation,[1] the Los Angeles Field Office of the FDA – Office of Criminal Investigations has hired an independent contractor.  The contractor has begun the review process, but due to the voluminous data that was seized, additional time is needed to complete the examination.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 26, 2019

JAKE D. NARE

---

[1] On October 29, 2018, SA Aspling obtained seven search warrants related to this investigation.  See 18-MJ-554; 18-MJ-555, 18-MJ-556; 18-MJ-557; 18-MJ-558; 18-MJ-559; and 18-MJ-560.  During the execution of the search warrants, a total of 36 digital devices were seized and are currently in the process of being examined.

3